IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL LTD. | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-32 |
| BEYOND INNOVATION TECHNOLOGY ET AL. | § | |

**ORDER**

The court denies the defendants' motions in limine directed to the willfulness issue.

The court grants the plaintiff's motion in limine to exclude defense exhibits 320-332.

The court grants the plaintiff's motion in limine related to the re-examination of the '129 patent.

The court grants the plaintiff's motion for reconsideration re: plaintiff's exhibits 112, 375, 436, and 439. The court also grants in part the plaintiff's motion for reconsideration regarding plaintiff's exhibits 105A and 105D and finds them to be admissible as market studies. The court denies the request for reconsideration as to exhibit 385. With respect to those exhibits found to be admissible, the court finds that these exhibits are relevant to questions of personal jurisdiction and the defendants' knowledge that their products would be sold into the United States market. The court will consider any request for a limiting instruction.

The court grants plaintiff's motion in limine to introduce photos contained in plaintiff's exhibit 426.

The court orders the production *in camera* of certain of the documents at issue in plaintiff's motion to compel production of documents concerning communications between defendant Bitek

and non-party MPS.  Bitek shall tender *in camera* an unredacted copy of BP6 016309.  Such production shall be made by 8:30 a.m. on May 9, 2006.  The court will address any further production after reviewing this exhibit *in camera*.

SIGNED this  8th  day of May, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE