IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL, LTD. | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-cv-32pa |
| BEYOND INNOVATION TECHNOLOGY CO., LTD., SPI ELECTRONIC CO., LTD., FSP GROUP, AND LIEN CHANG ELECTRONIC ENTERPRISE CO., LTD. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that the defendants named below induce the infringement of the asserted claims of the patents in suit?

Answer "Yes" or "No" for each defendant and each claim of each patent separately.

**Defendant Bitek:**

    **'615 patent:**

        Claim 1:        yes

        Claim 15:       yes

        Claim 35:       yes

        Claim 39:       yes

**'722 patent:**

Claim 12: _yes_

Claim 16: _yes_

**'129 patent:**

Claim 13: _yes_

Claim 16: _yes_

Claim 17: _yes_

**Defendant SPI/FSP Group:**

**'615 patent:**

Claim 1: _yes_

Claim 15: _yes_

Claim 35: _yes_

Claim 39: _yes_

**'722 patent:**

Claim 12: _yes_

Claim 16: _yes_

**'129 patent:**

Claim 13: _yes_

Claim 16: _yes_

Claim 17: _yes_

**Defendant Lien Chang:**

   **'615 patent:**

      Claim 1:        yes

      Claim 15:      yes

      Claim 35:      yes

      Claim 39:      yes

   **'722 patent:**

      Claim 12:      yes

      Claim 16:      yes

   **'129 patent:**

      Claim 13:      yes

      Claim 16:      yes

      Claim 17:      yes

**QUESTION NO. 2:**

Do you find by a preponderance of the evidence that defendant Lien Chang contributes to the infringement of the asserted claims of the patents in suit?

Answer "Yes" or "No" for each claim of each patent separately.

**'615 patent:**

Claim 1:     Yes

Claim 15:    Yes

Claim 35:    Yes

Claim 39:    Yes

**'722 patent:**

Claim 12:    Yes

Claim 16:    Yes

**'129 patent:**

Claim 13:    Yes

Claim 16:    Yes

Claim 17:    Yes

If you have answered "Yes" to any part of Question Nos. 1 or 2, then answer Question No. 3. Otherwise, do not answer Question No. 3. The jury foreperson should sign and date the Verdict Form and return it to the Security Officer.

**QUESTION NO. 3:**

Do you find by clear and convincing evidence that such conduct, as you have found in answer to Question Nos. 1 or 2, was willful?

Answer "Yes" or "No" as to each defendant you found to have induced infringement or contributed to infringement:

**Defendant Bitek:**

Answer: _yes_

**Defendant SPI/FSP Group:**

Answer: _yes_

**Defendant Lien Chang:**

Answer: _yes_

SIGNED this _15_ day of May, 2006.

_____
JURY FOREPERSON