**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| O2 MICRO INTERNATIONAL LTD., §<br>    Plaintiff, §<br> §<br>v.    §<br> §<br>BEYOND INNOVATION TECHNOLOGY §<br>CO., LTD., ET AL., §<br>    Defendants. § | CIVIL ACTION NO. 2-04-CV-32 (TJW) |

## FINAL JUDGMENT AND PERMANENT INJUNCTION

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters final judgment in conformity with the jury verdict delivered on May 15, 2006. Accordingly, the Court enters judgment for plaintiff O2 Micro International Limited ("O2 Micro") and against defendants Beyond Innovation Technology Company Limited ("BiTEK"), SPI Electronic Company Limited and FSP Group (collectively, "SPI/FSP"), and Lien Chang Electronic Enterprise Company Limited ("Lien Chang") for willfully inducing the infringement of claims 1, 15, 35, and 39 of U.S. Patent No. 6,259,615 ("the '615 patent"); claims 12 and 16 of U.S. Patent No. 6,396,722 ("the '722 patent"); and claims 13, 16, and 17 of U.S. Patent No. 6,804,129 ("the '129 patent"). The Court further enters judgment for plaintiff O2 Micro against defendant Lien Chang for willfully contributing to the infringement of claims 1, 15, 35, and 39 of the '615 patent; claims 12 and 16 of the '722 patent; and claims 13, 16, and 17 of the '129 patent. The Court failed to find the patentee committed inequitable conduct. Finally, the Court has determined that a permanent injunction is warranted.

The Court grants a permanent injunction in favor of the plaintiff O2 Micro and against defendants BiTEK, SPI/FSP, and Lien Chang to prevent defendants, their officers, agents, servants, employees, and attorneys, and those persons acting in active concert or participation with them who

receive actual notice of this Order by personal service of otherwise from manufacturing, using, selling, offering to sell or importing into the United States any inverter controllers or modules that infringe claims 1, 15, 35, or 39 of the '615 patent; claims 12 or 16 of the '722 patent; or claims 13, 16, or 17of the '129 patent including but not limited to inverter controllers having model numbers BIT3105, BIT3106, BIT3107, BIT3193 or belonging to those same families, or any colorable imitation of the inverter modules and/or inverter controllers that infringe the '615 patent, the '722 patent, or the '129 patent, and from otherwise infringing or inducing others to infringe the '615 patent, the '722 patent, or the '129 patent for the life of the aforesaid patents. The defendants are further ordered to label prominently their respective inverter controller or module products covered by this order and their accompanying product literature "Not for Sale in, Use in, or Importation into the United States."

Costs of court are taxed against the defendants.

SIGNED this 21st day of March, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE