# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

02 MICRO INTERNATIONAL                §
                                      §
                                      §        NO. 2:04CV32 (CE)
                                      §
BEYOND INNOVATION, ET AL              §

---

ATTORNEYS FOR PLAINTIFF:          (See attached sign-in sheet)

ATTORNEYS FOR DEFENDANTS:         (See attached sign-in sheet)

LAW CLERK:                        David Morehan, Ifti Ahmed, Chris Smith

COURTROOM DEPUTY:                 Debbie Latham

COURT REPORTER:                   Shelly Holmes

---

### PRETRIAL CONFERENCE
### July 10, 2009, 10:00 a.m.

OPEN:   10:08 a.m.                               ADJOURN:   11:23 a.m.

---

10:08 a.m. - Court opened and the parties announced ready.

The Court discussed with the parties the violation of the Court's motion in limine that occurred during jury selection on July 6, 2009.

10:19 a.m. - Break

10:26 a.m. - Court resumed.   The Court advised the parties that he would sign a written order regarding violation of the motion in limine later today.

Then the Court heard argument and made rulings on the objections to trial exhibits set out in a letter from Richard C. Lin, Counsel for 02, dated July 9, 2009.

11:23 a.m. - Court adjourned.