UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| (1) O2 MICRO INTERNATIONAL LIMITED, a Cayman Islands corporation, | ) ) ) | |
| | ) | Case No. 2:04-cv-00032-CE |
| Plaintiff, | ) | |
| v. | ) ) | |
| (1) BEYOND INNOVATION TECHNOLOGY CO., LTD., a Taiwanese corporation; (2) SPI ELECTRONIC CO., LTD., a Taiwanese company; (3) FSP GROUP, a Taiwanese company; and (4) LIEN CHANG ELECTRONIC ENTERPRISE CO., LTD., a Taiwanese corporation, | ) ) ) ) ) ) ) ) | |
| Defendants/Counterclaimants. | ) | |

## DECLARATION OF JOHN D. van LOBEN SELS

I, John D. van Loben Sels, make the following declaration:

1.     My name is John D. van Loben Sels and I am over the age of 18 years, and I am a partner at Wang, Hartmann, Gibbs & Cauley, P.L.C.  The following statements are true and correct, and are made based on my personal knowledge.  If called as a witness and could and would testify thereto.

2.     I represented defendant Beyond Innovation Technology, Inc. at the jury selection on July 6, 2009.

3.     During the voir dire, I asked the panel a question which the Court believed violated its order on plaintiff O2 Micro's motion in limine # 5 relating to the reasons for O2 Micro incorporated in the Cayman Islands.

1

4.     At the time I asked the panel that question, I sincerely believed that this question was not in violation of motion in limine #5 (and by incorporation Judge Ward's order prior to the first trial in this action on O2 Micro's motion in limine #4) or any other order of the court and that this question was permissible under that order.

5.     I did not intend, in any way, to evade any order of the court or to prejudice O2 Micro's rights.  My question was asked in good faith.

6.     As set forth in the attached letter, I have apologized for my conduct to the court, to O2 Micro and to my co-defendants for any disruption I may have caused.

The foregoing statements are made under penalty of perjury under the laws of the United States of America.  Signed this 13th day of July 2009 in Mountain View, California.

By: _____
John D. van Loben Sels

2