

WANG, HARTMANN, GIBBS & CAULEY, P.L.C.
2570 West El Camino Real, Suite 440
Mountain View, CA 94040
Tel: 1-650-209-1230
Fax: 1-650-209-1231
www.WHGCLaw.com

July 13, 2009

**Via Facsimile**
(903) 938-7819

The Honorable Chad Everingham
United States District Court for the Eastern District of Texas
100 East Houston Street
Marshall, TX  75670

> **Re:    O2 Micro International Ltd. v. Beyond Innovation Technology, et al.,**
> **Case No. 2:04-cv-32-CE**

Dear Judge Everingham:

I would like to personally apologize to the Court for my conduct during the voir dire on July 6.  I understand that the Court believed that I intentionally violated an order of the Court restricting BiTek's introduction of evidence regarding O2 Micro's incorporation in the Cayman Islands and, upon reflection, I can understand why the court may have thought that.  However, I want to assure the court that I had no intention of violating any order of the court and that I honestly believed that the court's order applied only to the introduction of evidence and not to the voir dire proceedings.   I realize now that I should have been more careful and erred on the side of caution in my voir dire questions, but I want to assure the court that I never had any intent to violate any of the court's orders.

I sincerely regret my conduct and apologize to the Court, to O2 Micro and to my co-defendants for any disruption my conduct may have caused in this regard.

Very truly yours,
Wang, Hartmann, Gibbs & Cauley

Sincerely,

John D. van Loben Sels

Cc:  Service list