## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing Beyond Innovation Technology Co., Ltd.'s document has been sent to the following counsel of record by electronic mail on July 13, 2009.

Otis W. Carroll
fedserv@icklaw.com
Ireland, Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
Tyler, TX  75703-4408

Franklin Jones, Jr.
maizieh@millerfirm.com
Jones and Jones, Inc., P.C.
201 West Houston Street
P.O. Drawer 1249
Marshall, TX  75671-1249

S. Calvin Capshaw, III
ccapshaw@mailbmc.com
Brown McCarroll, L.L.P.
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, TX  75601-5157

K.T. Cherian
cheriank@howrey.com
Duane H. Mathiowetz
mathiowetzd@howrey.com
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA  94105-2708

Henry C. Su
suh@howrey.com
Vinay V. Joshi
joshiv@howrey.com
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303-2250

Jon E. Hokanson
hokanson@lbbslaw.com
Lewis Brisbois Bisgaard & Smith, LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012-2601

Gregory W. Carr
gcarr@carrip.com
Theodore F. Shiells
tshells@carrip.com
Carr LLP
670 Founders Square
900 Jackson Street
Dallas, TX  75202-4404

Hsikun "James" Tsai
jamestsai@nyc.rr.com
Hsikun Tsai Attorney at Law
One Irving Place, P10F
New York, NY  10003-9701

Michael G. Carroll
mike@mikecarroll.com
102 North College Avenue, Suite 800
Tyler, TX  75702-7283

Mao-Sen Yieh
yieh@wt.net
Law Office of Mao-Sen Yieh, P.C.
9720 Beechnut St., Suite 200
Houston, TX  77036-6563

_____/s/ Richard F. Cauley_____
Richard F. Cauley