**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL LTD | § | |
| | § | |
| vs. | § | CASE NO. 2:04-CV-32 |
| | § | |
| BEYOND INNOVATION | § | |
| TECHNOLOGY ET AL. | § | |

## ORDER

For the reasons announced at the July 10, 2009, hearing, the court declares a mistrial. The court will select a new jury on July 27, 2009, and will proceed to trial against BiTEK immediately following jury selection.

Furthermore, the court will sever the case and impose the sanctions set forth in its July 10, 2009, order (Dkt. No. 610).

A written memorandum opinion and order will follow at the earliest convenience of the court.  The court issues this short order to facilitate the parties' trial preparation.

SIGNED this 21st day of July, 2009.

_____

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE