## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| O2 MICRO INTERNATIONAL LTD | § | |
| | § | |
| vs. | § | CASE NO. 2:04-CV-32 |
| | § | |
| BEYOND INNOVATION | § | |
| TECHNOLOGY ET AL. | § | |

## ORDER

Pending before the court is plaintiff O2 Micro International Limited's ("O2 Micro") motion for costs and attorneys' fees pursuant to the court's July 10, 2009 sanctions order (Dkt. No. 673).  Defendant does not contest the motion.  As such, the court GRANTS the motion as unopposed.

SIGNED this 10th day of May, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE